## LEIGH v. STATE.
### No. 25575.

Court of Criminal Appeals of Texas.
Dec. 19, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for unlawfully selling intoxicating liquor in a dry area; the penalty assessed is a fine of $200.00.

The record is before us without a statement of facts and bills of exception in the absence of which no question is brought forward for review.

The judgment of the trial court is affirmed.

## GAINES v. STATE.
### No. 25540.

Court of Criminal Appeals of Texas.
Dec. 5, 1951.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for the offense of driving an automobile upon a public highway while intoxicated. The punishment assessed is a fine of $300.00.

The record is before us without a statement of facts or bills of exception. All matters of procedure appearing regular, and no question being presented for review, the judgment of the trial court is affirmed.